UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY GAIR, JILLIAN CALIXTO and KRYSTAL RIDLEY, individually and on behalf of those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ISIS PARENTING, INC.<br>(f/k/a Isis Maternity, Inc.),<br><br>Defendant. | CIVIL ACTION NO.: 14-13657-FDS |

## JUDGMENT ON DEFAULT

Saylor, D.J.

WHEREAS, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure Plaintiffs have applied for entry of judgment by default against defendant Isis Parenting, Inc. ("Isis") based on Defendant's failure to answer or otherwise respond to the Amended Complaint in this action.

WHEREAS, on September 19, 2014, Plaintiffs filed this action;

WHEREAS, on October 30, 2014, Plaintiffs filed their Amended Complaint;

WHEREAS, on January 14, 2015, Plaintiffs filed with the Court proof of service, being a summons executed and returned by counsel for the Defendant, ECF No. 5;

WHEREAS, Defendant Isis has failed to appear, answer or otherwise move with respect to the Amended Complaint, and the time for answering the Amended Complaint has expired pursuant to Rule 12(a)(l)(A) of the Federal Rules of Civil Procedure;

WHEREAS, on March 30, 2015, the Clerk of the United States District Court for the District of Massachusetts issued a Clerk's Notice of Default indicating Defendant Isis's default, ECF No. 8;

WHEREAS, on October 30, 2015, the Court held a hearing on Plaintiffs' Motion for Default.

WHEREAS, the Court accepts as true, the factual allegations in the Amended Complaint against Defendant, which has defaulted in this action;

WHEREAS, the Court accepts the calculation of back pay attached to *Plaintiffs' Fed. R. Civ. P. 55(B)(2) Motion for Entry of Default Judgment* and supporting affidavit, which sufficiently support the total WARN Act back pay damages of $1,976,899.03;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Default Judgment against Defendant Isis is GRANTED.

IT IS FURTHER ORDER, ADJUDGED AND DECREED that Defendant Isis shall be liable to pay to Plaintiffs and the Class damages of $1,976,899.03 with interest as provided by law.

IT IS FURTHER ORDER, ADJUDGED AND DECREED that this Court shall retain jurisdiction over this Action with respect to Defendant Isis and for purposes of enforcing the terms of this Order Entering Default Judgment.

Dated: 11/3/2015

By the Court

/s/ F. Dennis Saylor  
F. Dennis Saylor, IV  
United States District Judge

NOTE: The post judgment interest rate effective this date is .31%